MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone: (310) 271-6223
Facsimile: (310) 271-9805
michael.berger@bankruptcypower.com

Proposed Counsel for Debtor and Debtor-in-Possession,
Talk Venture Group, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>TALK VENTURE GROUP, INC.,<br><br>    Debtor and Debtor-in-Possession. | CASE NO.: 8:19-bk-14893-TA<br><br>Chapter 11<br><br>DEBTOR'S EMERGENCY MOTION FOR AN ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363; DECLARATION OF PAUL SE WON KIM IN SUPPORT THEREOF<br><br>Date    TBD<br>Time:    TBD<br>Ctrm:   5B<br>Place:   411 West Fourth Street<br>           Santa Ana, CA 92701 |

TO THE HONORABLE THEODOR C. ALBERT, JUDGE OF THE

UNITED STATES BANKRUPTCY COURT, TO SECURED CREDITORS, TO

THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL

INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the Talk Venture Group, Inc., the herein

1

Debtor ("Debtor") moves this court on an emergency basis for an order authorizing the debtor-in-possession to use the cash collateral of its secured creditors identified in this Motion ("Secured Creditors") as set forth herein.

In order to effectively reorganize, Debtor must be able to use the cash collateral of the Secured Creditors in order to pay its reasonable expenses it incurs during the ordinary course of its business of selling goods online, which is primarily through Amazon.com. The Debtor requests authority to approve interim use of cash collateral, as set forth the attached cash collateral budget, incorporated herein as **Exhibit – 1.** Use of the cash collateral as proposed by the Debtor will allow the Debtor to continue doing business, preserving the Debtor's assets for the benefit of the estate and the creditors, specifically including the Secured Creditors. The Debtor has a reasonable prospect of reorganizing through chapter 11. The continued use of cash collateral to ensure no interruption of Debtor's business will further allow Debtor to emerge as a reorganized Debtor.

This motion is made on the basis of the Declaration of Paul Se Won Kim, the within Points and Authorities, and on such other evidence as the Court elects to consider prior to or at the hearing on this matter.

WHEREFORE, Debtor asks that this Court authorize interim use of the cash collateral of its Secured Creditors, as set forth herein, and for any other relief deemed necessary and proper.

LAW OFFICES OF MICHAEL JAY BERGER

Date: 12/24/2019          By:

Michael Jay Berger
Proposed Counsel for Debtor
Talk Venture Group, Inc.

2

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.    STATEMENT OF FACTS

### A. General Description of the Debtor

On December 19, 2019, the Debtor filed its Chapter 11 bankruptcy petition. This is the Debtor's first voluntary bankruptcy petition filing. The Debtor currently and historically generates income from sale of various merchandize on Amazon. <u>Declaration of Paul Se Won Kim ("Kim Declaration")</u>.

Debtor does not hold an interest in any real estate. Debtor has the following secured creditors, listed in the priority of the UCC Financing Statements recorded with the California Secretary of State:

| | | | |
|---|---|---|---|
| **1st Lien holder:** | Wells Fargo Bank, N.A. | Principal balance due: | $ 1,005,715.00 |
| Monthly payment: | $ 15,052.38 | Monthly payment due date: | 15th of every month |
| Prepetition arrears: | $ 30,853.37 | Postpetition arrears | $ 0.00 |
| **2nd Lien holder:** | Wells Fargo Bank, N.A. | Principal balance due: | $ 226,332.81 |
| Monthly payment | $ 3,067.11 | Monthly payment due date: | 15th of every month |
| Prepetition arrears: | $ 6,287.57 | Postpetition arrears | $ 0.00 |
| **3rd Lien holder:** | Banc of California | Principal balance due: | $ 1,711,810.39 |
| Monthly payment | $ 22,352.81 | Monthly payment due date: | 1st of every month |
| Prepetition arrears | $ 44,956.54 | Postpetition arrears | $ 0.00 |
| **4th Lien holder:** | Banc of California | Principal balance due: | $ 84,383.79 |
| Monthly payment | $ 575.20 | Monthly payment due date: | 1st of every month |
| Prepetition arrears: | $ 1,150.00 | Postpetition arrears | $ 0.00 |
| **5th Lien holder:** | Aaron Knirr | Principal balance due: | $ 206,250.00 |
| Monthly payment | $ 4,281.41 | Monthly payment due date: | 1st of every month |
| Prepetition arrears: | $ 8,562.82 | Postpetition arrears | $ 0.00 |
| **6th Lien holder:** | American Express | Principal balance due: | $ 226,825.00 |
| Monthly payment | $ 19,350.00 | Monthly payment due date: | 14th of every month |
| Prepetition arrears | $ 26,975.00 | Postpetition arrears | $ 0.00 |
| **7th Lien holder:** | FC Marketplace, LLC aka Funding Circle | Principal balance due: | $ 333,410.00 |
| Monthly payment: | $ 7,573.25 | Monthly payment due date: | 9th of every month |

3

| | | | |
|---|---|---|---|
| Prepetition arrears: | $ 15,146.50 | Postpetition arrears | $ 0.00 |
| **8th Lien holder:** | Kalamata Capital Group | Principal balance due: | $ 331,269.80 |
| Monthly payment | $ 37,336.00 | Monthly payment due date: | Weekly payment of $9,334 |
| Prepetition arrears: | $ 74,672.00 | Postpetition arrears | $ 9,334.00 |
| **9th Lien holder:** | The Business Backer | Principal balance due: | $ 70,611.00 |
| Monthly payment | $ 10,555.60 | Monthly payment due date: | Weekly payment of $2,638.90 |
| Prepetition arrears: | $ 21,111.20 | Postpetition arrears | $ 2,638.90 |
| **10th Lien holder:** | Pearl Beta Funding LLC | Principal balance due: | $ 108,221.00 |
| Monthly payment: | $ 20,453.00 | Monthly payment due date: | Weekly payment of $5,995.00 |
| Prepetition arrears: | $ 47,960.00 | Postpetition arrears | $ 5,995.00 |

Debtor's priority unsecured creditor is Ohio Dept of Job and Family Service with an estimated claim amount of $3,173.28 for tax assessment. *See* Kim Declaration.

Debtor's general unsecured creditors consist primarily of various business loans, Seller Note from Chris Nowak for sale of the assets of Gizmo Group to the Debtor in April 2018, Seller Note from Derick Morris for sale of the assets of Wild Sherpa and Cycling Sherpa to the Debtor in November 2017, and business vendors. *See* Kim Declaration.

The Secured Creditors are secured by all of the assets of the Debtor, which constitutes cash collateral. Secured Creditors' claims are estimated at $4,304,828.79. *See* Kim Declaration.

B. Event Precipitating the Chapter 11 Bankruptcy Filing

The Debtor is filing bankruptcy due to abrupt changes to the vendor and brand relationships. When Debtor was formed in 2015 to acquire the assets of Stealthvid, Inc., over 95% of the $6 million in annual revenue were coming from the vendor relationship between Stealthvid and Axis Communications which were sold at a 35% profit margin. It was through this profitability that Debtor was able to re-invest its revenue and acquire additional Amazon storefront businesses of Wild Sherpa in 2017 and

Gizmo Group, Inc in 2018. *See* Kim Declaration.

As of March 2019, Axis Communications has restricted the sale of their products on Amazon and have stripped the Gold Dealer certification of 35% margin and reduced it down to 12% margin. Due to this decrease in profitability, Debtor's revenue from Stealthvid, Inc has dropped over 99% and Debtor had to take bridge loans to operate and try to focus on the sales of its existing product relationships. During the recent months, of doing accounting, there has been a deficit of over $700,000 worth of inventory that was once stored at the Missouri warehouse which was managed by the former managers Mark Knirr and Ivan Gamez. Debtor intends to commence a lawsuit to recover the value and the actions that have caused damage to Debtor. *See* Kim Declaration.

Concurrently, Gizmo Group, Inc which was acquired in 2018 has had a dip of sales of over 56% wiping out any profitability. At the present time, only Wild Sherpa is operating at any profitability of around 6%. Debtor seeks to reorganize its debt and continue to operate towards profitability. *See* Kim Declaration.

C. Proposed Use of Cash Collateral

Debtor currently has approximately $85,070 in its bank accounts. Debtor also currently has accounts receivables of approximately $122,274 which it intends to collect within the next week, as well as future income generated by the Debtor. The Debtor's personal property assets including the merchandise, intellectual property and other items, which are listed in detail on Schedules A/B, attached hereto as **Exhibit-2**. The existing cash and cash to be generated from future sales, accounts receivables, the personal property as well as all other assets identified as "collateral" in the UCC Financing Statement of Secured Creditors, attached hereto as **Exhibit-3**, constitute cash collateral pursuant to §363(a) of the Bankruptcy Code. The Debtor proposes that it use the cash collateral to pay the allowed expenses pursuant to the Debtor's budget attached hereto. The Debtor believes that the expenses described in the "Budget represent those expenses that the Debtor must pay in order to maintain its business operations.

5

Although the Budget represents the Debtor's best estimate of the necessary expenses associated with the business, the needs of the business may fluctuate. Therefore, the Debtor requests Court authority to deviate from the total expenses contained in the budget by no more than 10% and to deviate by category (provided the Debtor does not pay any expenses outside any of the approved categories) without the need for further Court order. *See* <u>Kim Declaration</u>.

In order to continue the operation of the business, the Debtor must be authorized to use cash collateral to pay the ordinary and necessary operating expenses. If the Debtor's operation is interrupted, the Debtor's prospects for a successful reorganization, would be significantly harmed. *See* <u>Kim Declaration</u>.

## II. ADEQUATE PROTECTION

The Debtor proposes to give to its Secured Creditors a post-petition replacement lien on all of its post-petition assets based on the priority and up to the value of the cash collateral actually used post-petition of each of its Secured Creditors. The Debtor is offering to its first priority secured creditor, Wells Fargo Bank, a monthly adequate protection payment of $10,000, which payment will be due by the 20th of every month effective January 20, 2020. *See* <u>Kim Declaration</u>.

The Debtor proposes that it be authorized to use the cash collateral for the purpose of paying the reasonable, necessary and ordinary expenses of operating the business. No expenditure will be made in excess of any line item on the Budget attached hereto, without the express written consent of the Secured Creditors in advance unless such expenditure is an emergency and then the Debtor shall notify the Secured Creditors of the expenditure immediately. *See* <u>Kim Declaration</u>.

## III. <u>DISCUSSION</u>

### A. The Court Should Authorize The Debtor's Interim Use of the Cash Collateral.

As a general matter, a debtor-in-possession is permitted to use property of the estate in the ordinary course of business without the need for notice or a hearing. 11 U.S.C. Section 363(c)(1). However, a debtor's use of cash collateral is an exception to this general rule. Section 363(c)(2) provides in pertinent part:

> "The [debtor in possession] may not use, sell, or lease cash
> collateral ... unless -
> (A) each entity that has an interest in
> such cash collateral consents; or
> (B) the court, after notice and a hearing, authorizes such use,
> sale or lease in accordance with the provisions of this
> section."

11 U.S.C. Section 363(c)(2).

Courts have consistently held that it is appropriate for a Chapter 11 debtor to use a secured creditor's cash collateral for a reasonable period of time for the purpose of maintaining and operating its property. See *MBank Dallas, N.A. v. O'Connor) (In re O'Connor)*, 808 F.2d 1393, 1397 (10th Cir. 1987). In addition, where, as here, the debtor is operating a business, it is extremely important that use of cash collateral be allowed in order to facilitate the goal of reorganization: "the purpose of Chapter 11 is to rehabilitate debtors and generally access to cash collateral is necessary to operate a business." *In re Dynaco Corporation*, 162 B.R. 389, 394 (Bankr. D.N.H. 1993), quoting *In re Stein*, 19 B.R. 458, 459 (Bankr. E.D. Pa. 1982).

As set forth above, if the Debtor's access to the cash collateral is interrupted for even a brief period of time, the consequences would be disastrous for the creditors of the estate. The Debtor would be unable to operate and preserve the business. The business would shut down, making its value zero. As such, it would be in the overwhelming best interests of the estate and its creditors for the court to grant Debtor's request to hear the

Motion on emergency basis and to authorize Debtor's use of the cash collateral to continue to operate and maintain its business.

## B. The Secured Creditors' Interests Are Adequately Protected by the Replacement Liens, the Continued Operation of the Debtor and Monthly Adequate Protection Payment Proposed by the Debtor to Its First Priority Secured Creditor – Wells Fargo Bank

Pursuant to Section 363(c)(2), the Court may authorize the debtor to use a secured creditor's cash collateral if the Court determines that the secured creditor is adequately protected. *Pistole v. Mellor (In re Mellor),* 734 F.2d 1396, 1400 (9th Cir. 1984). See also *O'Connor, supra,* 808 F.2d at 1398; *McCombs Properties VI, Ltd. v. First Texas Savings Association (In re McCombs Properties VI, Ltd.),* 88 B.R. 261, 265 (Bankr. C.D. Cal. 1988). In ordinary circumstances, a secured creditor is to be protected against a decrease in value which directly affects the secured creditor's interest in its collateral. See *United Savings Association of Texas v. Timbers of Inwood Forest Associates, Ltd.,* 484 U.S. 365, 108 S.Ct. 626, 630, (1988); Section 506(a) of the Bankruptcy Code "limit(s) the secured status of a creditor (i.e., the secured creditor's claim) to the lesser of the [allowed amount of the] claim or the value of the collateral." *McCombs,* supra, 88 B.R. at 266.

As a general rule, a debtor may use cash collateral where such use would enhance or preserve the value of the collateral. *In re Stein,* supra, 19 B.R. at 460; see also *McCombs,* supra, 88 B.R. at 267. The Debtor intends to use the cash collateral to operate and preserve the business as is set forth in its proposed Budget. The use of cash collateral is essential to continue the ordinary maintenance and operations of the business. As such, unless the Debtor is permitted to use the cash collateral, the value of the business will rapidly diminish.

///

///

8

### C. In Determining Adequate Protection, The Court Should Promote Reorganization.

In determining adequate protection, Courts have stressed the importance of promoting a debtor's reorganization. In *In re O'Connor*, supra, the Tenth Circuit stated:

> "In this case, Debtors, in the midst of a Chapter 11
> proceeding, have proposed to deal with cash collateral for the
> purpose of enhancing the prospects of reorganization. This
> quest is the ultimate goal of Chapter 11. Hence, the Debtor's
> efforts are not only to be encouraged, but also their efforts
> during the administration of the proceeding are to be
> measured in light of that quest. Because the ultimate benefit
> to be achieved by a successful reorganization inures to all the
> creditors of the estate, a fair opportunity must be given to the
> Debtors to achieve that end. Thus, while interests of the
> secured creditor whose property rights are of concern to the
> court, the interests of all other creditors also have bearing
> upon the question of whether use of cash collateral shall be
> permitted during the early stages of administration."

808 F.2d at 1937.

In order to promote Debtor's reorganization, the Court should grant the relief requested herein. The Debtor has demonstrated herein that the use of the cash collateral as proposed by the Debtor will preserve the business for the benefit of this estate and the creditors, specifically the interest of the IRS. Indeed, a successful reorganization depends upon the use of cash collateral as proposed herein.

///

///

## IV.  CONCLUSION

Based upon the foregoing, the Debtor respectfully requests that this Court grant the relief herein requested, authorizing use of cash collateral on the terms and conditions described in the Motion and the exhibits thereto and granting such other and further relief as is just and proper under the circumstances.

Dated: 12/24/2019

LAW OFFICES OF MICHAEL JAY BERGER

By: _____
    MICHAEL JAY BERGER
    Proposed Counsel for Debtor,
    Talk Venture Group, Inc.

# DECLARATION OF PAUL SE WON KIM

I, Paul Se Won Kim, declare and state as follows:

1.      I am the President of Talk Venture Group, Inc., the debtor and debtor-in-possession in the above-captioned matter (the "Debtor"). I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2.      On December 19, 2019, the Debtor filed its Chapter 11 bankruptcy petition. This is the Debtor's first voluntary bankruptcy petition filing. The Debtor currently and historically generates income from sale of various merchandize on Amazon.

3.      Debtor does not hold an interest in any real estate. Debtor has the following secured creditors, listed in the priority of the UCC Financing Statements recorded with the California Secretary of State:

| | | | |
|---|---|---|---|
| **1st Lien holder:** | Wells Fargo Bank, N.A. | Principal balance due: | $ 1,005,715.00 |
| Monthly payment: | $ 15,052.38 | Monthly payment due date: | 15th of every month |
| Prepetition arrears: | $ 30,853.37 | Postpetition arrears | $ 0.00 |
| **2nd Lien holder:** | Wells Fargo Bank, N.A. | Principal balance due: | $ 226,332.81 |
| Monthly payment | $ 3,067.11 | Monthly payment due date: | 15th of every month |
| Prepetition arrears: | $ 6,287.57 | Postpetition arrears | $ 0.00 |
| **3rd Lien holder:** | Banc of California | Principal balance due: | $ 1,711,810.39 |
| Monthly payment | $ 22,352.81 | Monthly payment due date: | 1st of every month |
| Prepetition arrears | $ 44,956.54 | Postpetition arrears | $ 0.00 |
| **4th Lien holder:** | Banc of California | Principal balance due: | $ 84,383.79 |
| Monthly payment: | $ 575.20 | Monthly payment due date: | 1st of every month |
| Prepetition arrears: | $ 1,150.00 | Postpetition arrears | $ 0.00 |
| **5th Lien holder:** | Aaron Knirr | Principal balance due: | $ 206,250.00 |
| Monthly payment | $ 4,281.41 | Monthly payment due date: | 1st of every month |
| Prepetition arrears: | $ 8,562.82 | Postpetition arrears | $ 0.00 |
| **6th Lien holder:** | American Express | Principal balance due: | $ 226,825.00 |
| Monthly payment | $ 19,350.00 | Monthly payment due date: | 14th of every month |
| Prepetition arrears | $ 26,975.00 | Postpetition arrears | $ 0.00 |

11

| **7th Lien holder:** | FC Marketplace, LLC aka Funding Circle | Principal balance due: | $ 333,410.00 |
| Monthly payment: | $ 7,573.25 | Monthly payment due date: | 9th of every month |
| Prepetition arrears: | $ 15,146.50 | Postpetition arrears | $ 0.00 |
| **8th Lien holder:** | Kalamata Capital Group | Principal balance due: | $ 331,269.80 |
| Monthly payment | $ 37,336.00 | Monthly payment due date: | Weekly payment of $9,334 |
| Prepetition arrears: | $ 74,672.00 | Postpetition arrears | $ 9,334.00 |
| **9th Lien holder:** | The Business Backer | Principal balance due: | $ 70,611.00 |
| Monthly payment | $ 10,555.60 | Monthly payment due date: | Weekly payment of $2,638.90 |
| Prepetition arrears | $ 21,111.20 | Postpetition arrears | $ 2,638.90 |
| **10th Lien holder:** | Pearl Beta Funding LLC | Principal balance due: | $ 108,221.00 |
| Monthly payment: | $ 20,453.00 | Monthly payment due date: | Weekly payment of $5,995.00 |
| Prepetition arrears: | $ 47,960.00 | Postpetition arrears | $ 5,995.00 |

4.     Debtor's priority unsecured creditor is Ohio Dept of Job and Family Service with an estimated claim amount of $3,173.28 for tax assessment.

5.     Debtor's general unsecured creditors consist primarily of various business loans, Seller Note from Chris Nowak for sale of the assets of Gizmo Group to the Debtor in April 2018, Seller Note from Derick Morris for sale of the assets of Wild Sherpa and Cycling Sherpa to the Debtor in November 2017, and business vendors.

6.     The Secured Creditors are secured by all of the assets of the Debtor, which constitutes cash collateral. Secured Creditors' claims are estimated at $4,304,828.79.

7.     Event Precipitating the Chapter 11 Bankruptcy Filing

The Debtor is filing bankruptcy due to abrupt changes to the vendor and brand relationships. When Debtor was formed in 2015 to acquire the assets of Stealthvid, Inc., over 95% of the $6 million in annual revenue were coming from the vendor relationship between Stealthvid and Axis Communications which were sold at a 35% profit margin. It was through this profitability that Debtor was able to re-invest its

revenue and acquire additional Amazon storefront businesses of Wild Sherpa in 2017 and Gizmo Group, Inc in 2018.

8.     As of March 2019, Axis Communications has restricted the sale of their products on Amazon and have stripped the Gold Dealer certification of 35% margin and reduced it down to 12% margin. Due to this decrease in profitability, Debtor's revenue from Stealthvid, Inc has dropped over 99% and Debtor had to take bridge loans to operate and try to focus on the sales of its existing product relationships. During the recent months, of doing accounting, there has been a deficit of over $700,000 worth of inventory that was once stored at the Missouri warehouse which was managed by the former managers Mark Knirr and Ivan Gamez. Debtor intends to commence a lawsuit to recover the value and the actions that have caused damage to Debtor.

9.     Concurrently, Gizmo Group, Inc which was acquired in 2018 has had a dip of sales of over 56% wiping out any profitability.   At the present time, only Wild Sherpa is operating at any profitability of around 6%. Debtor seeks to reorganize its debt and continue to operate towards profitability

10.     Proposed Use of Cash Collateral

Debtor currently has approximately $85,070 in its bank accounts. Debtor also currently has accounts receivables of approximately $122,274 which it intends to collect within the next week, as well as future income generated by the Debtor. The Debtor's personal property assets including the merchandise, intellectual property and other items, which are listed in detail on Schedules A/B, attached hereto as **Exhibit-2**. The existing cash and cash to be generated from future sales, accounts receivables, the personal property as well as all other assets identified as "collateral" in the UCC Financing Statement of Secured Creditors, attached hereto as **Exhibit-3**, constitute cash collateral pursuant to §363(a) of the Bankruptcy Code.  The Debtor proposes that it use the cash collateral to pay the allowed expenses pursuant to the Debtor's budget attached hereto. The Debtor believes that the expenses described in the "Budget represent those expenses

13

that the Debtor must pay in order to maintain its business operations.

11.     Although the Budget represents the Debtor's best estimate of the necessary expenses associated with the business, the needs of the business may fluctuate. Therefore, the Debtor requests Court authority to deviate from the total expenses contained in the budget by no more than 10% and to deviate by category (provided the Debtor does not pay any expenses outside any of the approved categories) without the need for further Court order.

12.     In order to continue the operation of the business, the Debtor must be authorized to use cash collateral to pay the ordinary and necessary operating expenses. If the Debtor's operation is interrupted, the Debtor's prospects for a successful reorganization, would be significantly harmed.

13.     The Debtor proposes to give to its Secured Creditors a post-petition replacement lien on all of its post-petition assets based on the priority and up to the value of the cash collateral actually used post-petition of each of its Secured Creditors. The Debtor is offering to its first priority secured creditor, Wells Fargo Bank, a monthly adequate protection payment of $10,000, which payment will be due by the 20th of every month effective January 20, 2020.

14.     The Debtor proposes that it be authorized to use the cash collateral for the purpose of paying the reasonable, necessary and ordinary expenses of operating the business. No expenditure will be made in excess of any line item on the Budget attached hereto, without the express written consent of the Secured Creditors in advance unless such expenditure is an emergency and then the Debtor shall notify the Secured Creditors of the expenditure immediately.

///

///

///

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on December 24, 2019 at Santa Ana, California.

_____
Paul Se Won Kim

**EXHIBIT-1**

# 2019- 2020 Talk Venture Group, Inc.

## Projections

### December 2019 - June, 2020

| | Dec-19 Current | Jan-20 | Feb-20 | Mar-20 | Apr-20 | May-20 | Jun-2 |
|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | |
| Gizmo Group Income | 105,000.00 | 115,000.00 | 125,000.00 | 125,000.00 | 135,000.00 | 138,000.00 | 147,000.00 |
| StealthVid Income | 15,000.00 | 15,000.00 | 17,000.00 | 25,000.00 | 30,000.00 | 45,000.00 | 45,000.00 |
| Wild Sherpa Income | 130,000.00 | 140,000.00 | 150,000.00 | 160,000.00 | 165,000.00 | 170,000.00 | 189,000.00 |
| **Total Income** | $ 250,000.00 | $ 270,000.00 | $ 292,000.00 | $ 310,000.00 | $ 330,000.00 | $ 353,000.00 | $ 381,000.00 |
| **Cost of Goods** | | | | | | | |
| **Cost Of Goods** | | | | | | | |
| COGS - Gizmo Group | 16,800.00 | 18,400.00 | 20,000.00 | 20,000.00 | 21,600.00 | 22,080.00 | 23,520.00 |
| COGS - StealthVid | 13,500.00 | 13,500.00 | 15,300.00 | 22,500.00 | 27,000.00 | 40,500.00 | 40,500.00 |
| COGS - Wild Sherpa | 110,500.00 | 119,000.00 | 127,500.00 | 136,000.00 | 140,250.00 | 144,500.00 | 160,650.00 |
| **Total Cost Of Goods Sold** | $ 140,800.00 | $ 150,900.00 | $ 162,800.00 | $ 178,500.00 | $ 188,850.00 | $ 207,080.00 | $ 224,670.00 |
| Shipping, Freight & Delivery | 591.05 | 591.05 | 591.05 | 591.05 | 591.05 | 591.05 | 591.05 |
| Shipping & Delivery - Gizmo Group | 18,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 18,070.49 | 18,070.49 |
| Shipping & Delivery - Wild Sherpa | 6,900.00 | 6,900.00 | 6,900.00 | 8,600.00 | 8,600.00 | 6,900.00 | 7,200.00 |
| **Total Shipping, Freight & Delivery** | $ 25,491.05 | $ 23,491.05 | $ 23,491.05 | $ 25,191.05 | $ 25,191.05 | $ 25,561.54 | $ 25,861.54 |
| **Total Cost of Goods and shipping** | $ 166,291.05 | $ 174,391.05 | $ 186,291.05 | $ 203,691.05 | $ 214,041.05 | $ 232,641.54 | $ 250,531.54 |
| **Gross Profit** | $ 83,708.95 | $ 95,608.95 | $ 105,708.95 | $ 106,308.95 | $ 115,958.95 | $ 120,358.46 | $ 130,468.46 |
| **Expenses** | | | | | | | |
| Advertising - Gizmo Group | 13,500.00 | 11,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 |
| Advertising - Wild Sherpa | 800.00 | 1,100.00 | 2,100.00 | 2,100.00 | 2,100.00 | 800.00 | 2,100.00 |
| **Total Advertising** | $ 14,300.00 | $ 12,100.00 | $ 17,100.00 | $ 17,100.00 | $ 17,100.00 | $ 15,800.00 | $ 17,100.00 |
| Automotive Expenses | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 |
| Auto Insurance | 156.06 | 156.06 | 156.06 | 156.06 | 156.06 | 156.06 | 156.06 |
| Gas, Oil and Lube | 357.29 | 357.29 | 357.29 | 357.29 | 357.29 | 357.29 | 357.29 |
| Parking and Tolls | 147.00 | 147.00 | 147.00 | 147.00 | 147.00 | 147.00 | 147.00 |
| Tires, Maintenance and Repairs | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| **Total Automotive Expenses** | $ 2,110.35 | $ 2,110.35 | $ 2,110.35 | $ 2,110.35 | $ 2,110.35 | $ 2,110.35 | $ 2,110.35 |

| Account | | | | | | |
|---|---|---|---|---|---|---|
| Bank Charges | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 | 50.00 |
| Charitable Contributions | | | | | | | |
| Commissions & fees (1099) | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 | 850.00 |
| Computer & Internet Expenses | 205.90 | 205.90 | 205.90 | 205.90 | 205.90 | 205.90 | 205.90 |
| Software (monthly fee) | 6,487.21 | 6,487.21 | 6,487.21 | 6,487.21 | 6,487.21 | 6,487.21 | 6,487.21 |
| Inventory Management (software fee) | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 | 625.00 |
| Total Software | $ 7,112.21 | $ 7,112.21 | $ 7,112.21 | $ 7,112.21 | $ 7,112.21 | $ 7,112.21 | $ 7,112.21 |
| Webhosting | 71.83 | 71.83 | 71.83 | 71.83 | 71.83 | 71.83 | 71.83 |
| Total Computer & Internet Expenses | $ 7,389.94 | $ 7,389.94 | $ 7,389.94 | $ 7,389.94 | $ 7,389.94 | $ 7,389.94 | $ 7,389.94 |
| Insurance | | | | | | | |
| Liability Insurance | 342.03 | 342.03 | 342.03 | 342.03 | 342.03 | 342.03 | 342.03 |
| Life Insurance | 1,233.83 | 1,233.83 | 1,233.83 | 1,233.83 | 1,233.83 | 1,233.83 | 1,233.83 |
| Total Insurance | $ 1,575.86 | $ 1,575.86 | $ 1,575.86 | $ 1,575.86 | $ 1,575.86 | $ 1,575.86 | $ 1,575.86 |
| Legal & Professional Fees (BK Attorney and CPA, subject to court approval) | 0.00 | 0.00 | 10,000.00 | 8,000.00 | 0.00 | 0.00 | 20,000.00 |
| Licenses & Permits | | | | | | | |
| Business Development | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 | 600.00 |
| US Trustee quarterly fees | | 1,950.00 | | | 4,875.00 | | |
| Total business and legal fees | $ 600.00 | $ 2,550.00 | $ 10,600.00 | $ 8,600.00 | $ 5,475.00 | $ 600.00 | $ 20,600.00 |
| Merchant Account Fees (for Amazon storefronts) | 109.98 | 109.98 | 109.98 | 109.98 | 109.98 | 109.98 | 109.98 |
| 1099 Services - Gizmo Group Staffing | 1,045.00 | 1,045.00 | 1,045.00 | 1,045.00 | 1,045.00 | 700.00 | 700.00 |
| 1099 Services - Midwest Surveillance | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| 1099 Services - Wild Sherpa Staffing | 5,267.23 | 5,267.23 | 5,267.23 | 5,267.23 | 5,267.23 | 5,267.23 | 5,267.23 |

| | Col 1 | Col 2 | Col 3 | Col 4 | Col 5 | Col 6 | Col 7 |
|---|---|---|---|---|---|---|---|
| Total Merchant and O/S 1099 Services | $ 7,922.21 | $ 7,922.21 | $ 7,922.21 | $ 7,922.21 | $ 7,922.21 | $ 7,577.21 | $ 7,577.21 |
| Office Expenses | 1,275.14 | 1,275.14 | 1,275.14 | 1,275.14 | 1,275.14 | 1,275.14 | 1,275.14 |
| Health Insurance | 1,360.50 | 3,360.50 | 3,360.50 | 3,360.50 | 3,360.50 | 3,360.50 | 3,360.50 |
| Total Company Contributions | $ 1,360.50 | $ 3,360.50 | $ 3,360.50 | $ 3,360.50 | $ 3,360.50 | $ 3,360.50 | $ 3,360.50 |
| Officer Salaries & Wages (Paul Se Won Kim; gross pay; Subject to Notice of Insider Compensation) | 15,000.00 | 19,000.00 | 19,000.00 | 19,000.00 | 19,000.00 | 19,000.00 | 19,000.00 |
| Taxes | 3,750.00 | 5,700.00 | 5,700.00 | 5,700.00 | 5,700.00 | 5,700.00 | 5,700.00 |
| Total Payroll Expenses | $ 20,110.50 | $ 28,060.50 | $ 28,060.50 | $ 28,060.50 | $ 28,060.50 | $ 28,060.50 | $ 28,060.50 |
| Postage & Delivery | 324.36 | 324.36 | 324.36 | 324.36 | 324.36 | 324.36 | 324.36 |
| | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Security Expenses | 15.02 | 15.02 | 15.02 | 15.02 | 15.02 | 15.02 | 15.02 |
| Taxes & Licenses | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 |
| Telephone & Fax | 295.00 | 295.00 | 295.00 | 295.00 | 295.00 | 295.00 | 295.00 |
| APO PAYMENT TO SECURED CREDITOR - WELLS FARGO BANK; UCC FINANCING STATEMENT FILED ON 11/17/2017 | 0.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| Transportation | 49.00 | 49.00 | 49.00 | 49.00 | 49.00 | 49.00 | 49.00 |
| Total payment | $ 49.00 | $ 10,049.00 | $ 10,049.00 | $ 10,049.00 | $ 10,049.00 | $ 10,049.00 | $ 10,049.00 |
| Utilities | 204.05 | 204.05 | 204.05 | 204.05 | 204.05 | 204.05 | 204.05 |
| Warehousing (currently with Amazon) | 6,500.00 | 6,000.00 | 4,000.00 | 6,500.00 | 6,500.00 | 6,500.00 | 7,000.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total Expenses | $ 66,476.41 | $ 83,676.41 | $ 104,726.41 | $ 103,226.41 | $ 92,101.41 | $ 85,236.41 | $ 127,036.41 |
| Net Operating Income | $ 17,232.54 | $ 11,932.54 | 982.54 | $ 3,082.54 | $ 23,857.54 | $ 35,122.05 | $ 3,432.05 |

**EXHIBIT-2**

Fill in this information to identify the case:

Debtor name    **Talk Venture Group, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    **8:19-bk-14893-TA**

☐ Check if this is an
   amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

3.  Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **Wells Fargo Bank** | **Business check for DBA StealthVid, Inc.** | 2352 | $8,796.35 |
| 3.2. | **Wells Fargo Bank** | **Checking account for DBA Midwestsurveillance** | 9556 | $813.62 |
| 3.3. | **Wells Fargo Bank** | **Checking account for DBA Wildsherpa** | 3586 | $93.80 |
| 3.4. | **Wells Fargo Bank** | **Checking account for DBA Gizmo Group** | 9617 | $1,079.11 |
| 3.5. | **Wells Fargo Bank** | **Checking account for DBA Starfighter Savings** | 5874 | $5.00 |
| 3.6. | **Farmers & Merchants Bank** | **Business checking account** | 6351 | $245.46 |

| | | | | |
|---|---|---|---|---|
| 3.7. | **Chase Bank** | **Business checking account for Talk Venture Group, Inc. dba StealthVid, Inc.** | 6795 | $2,905.10 |
| 3.8. | **Chase Bank** | **Checking account for Gizmo Group, Inc.** | 0302 | $10,272.34 |
| 3.9. | **Chase Bank** | **Business checking account for Iggys Sports, Inc.** | 3051 | $607.11 |
| 3.10. | **Chase Bank** | **Business checking account for Wild Sherpa, Inc.** | 5851 | $3,234.29 |
| 3.11. | **AZLO** | **Business checking account for DBA Gizmo Group, Inc.** | 7727 | $0.00 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**

          Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

|  |
|---|
| **$28,052.18** |

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:        206,000.00        -        0.00        = ....        $206,000.00
                                          face amount                doubtful or uncollectible accounts

12.     **Total of Part 3.**

          Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

|  |
|---|
| **$206,000.00** |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:

% of ownership

|  | Name of entity | % of ownership | | Current value |
|---|---|---|---|---|
| | Talk Venture Group purchased all assets of Gizmo Group, LLC (Seller's president is Chris Nowak). The assets include seller's account, marketplace account and all associated rights, agreements and services with the Amazon.com, domain names, website, trade name, hosting and all associated rights, dba Jessa Leona Baby, all rights to trademark for "SECURE HOME BY JESSA LEONA," customer informaton, all social media and platform assets, Titan Auto, all logos, advertising accounts, web files, patents, research and products in development, gizmo-group.com url as well as inventory (including all inventory at Amazon FBA warehouses, EL Mar Logistics and West Pac). The nature of the business is manufacture and sale of baby safety products and auto towing strap products. Current value of $58k is based on the value | | | |
| 15.1. | for the inventory. | 100% | % | $58,000.00 |
| | Talk Venture Group acquired the assets of StealthVid, Inc., which included the dba Midwestsurveillance, Midwestsurveillance.com, Network Camera Supply Amazon Store with inventory, and IGGYS sports. StealthVid is in the business of selling security surveillance cameras | | | |
| 15.2. | online through Amazon. | 100 | % | $2,000.00 |
| | Talk Venture Group acquired assets of Wild Sherpa and Cycling Sherpa. Assets include 2 label printers zp505, 10 black plastic stocking shelves, all inventory on hand at Amazon in FBA, all shelves and racks for holding inventory, Wildsherpa.com and all contacts with Wildsherpa company, Wildsherpa gmail, passwords, and google voice phone number, Wildsherpa Amazon Canada account Cyclingsherpa.com, Wildsherpa.com, wildherpa (amazon), wildsherpa (ebay), wildsherpa (facebook), wildsherpa (twitter), and all domains owned by wildsherpa, and Cyclingsherpa.com site. Assets also include customer list, paypal, ebay and shipping, various inventory, cash in wildsherpa PNC account, balance in paypal account and with amazon account at closing. Nature of the business: online sale | | | |
| 15.3. | of bicycling apparel and shoes. | 100 | % | $2,000.00 |

16.    Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1
       Describe:

17.    **Total of Part 4.**

       Add lines 14 through 16.  Copy the total to line 83.

| | $62,000.00 |
|---|---|

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Racks, shelves, and other miscellaneous office furniture. | $0.00 | | $500.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>Computer, 2 printers. | $0.00 | | $1,500.00 |
| 42. | Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**

       Add lines 39 through 42.  Copy the total to line 86.

| | $2,000.00 |
|---|---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

☑ No. Go to Part 9.
☐ Yes Fill in the information below.

Part 9: **Real property**

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes Fill in the information below.

Part 10: **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Trademark for Secure Home by Jessa (United States Patent and Trademark Office Registration Number 5208296).** | $0.00 | | $100.00 |
| 61. | **Internet domain names and websites**<br>**Stealthvid.com**<br>**Midwestsurveillance.com**<br>**Wildsherpa.com**<br>**Gizmo-group.com**<br>**Jessa-leona.com** | $0.00 | | $150.00 |
| | **5 Amazon Storefronts:**<br>**Network Camera Supply - sells security cameras**<br>**Starfighter Savings - sells security cameras**<br>**Iggys Sports - sells cycling gear**<br>**Wild Sherpa - sells cycling gear**<br>**Gizmo Group - sells baby safety products and auto towing safety products** | $0.00 | | $0.00 |
| 62. | **Licenses, franchises, and royalties**<br>**Business license**<br>**Seller's permit** | $0.00 | | $0.00 |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.

    $250.00

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107)?**
    ☑ No

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>    Description (include name of obligor) |  |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>    Description (for example, federal, state, local) |  |
| 73.    **Interests in insurance policies or annuities** |  |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>    **Claim against former managers, Mark Knirr and Ivan Gamez, for misappropriation of funds and inventory for approximately $700,000 between January 2019 and June 2019.** |  |
|  | $0.00 |

| Nature of claim | Misappropriation; conversion |
|---|---|
| Amount requested | $700,000.00 |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| $0.00 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $28,052.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $206,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $62,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $250.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $298,302.18 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $298,302.18 |

**EXHIBIT - 3**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Gisella Melendez
800-331-3282

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)
Lien Solutions
2929 ALLEN PARKWAY, Suite#3300
HOUSTON, TX 77019
USA

DOCUMENT NUMBER: 65450290002
FILING NUMBER: 17-7617208736
FILING DATE: 11/17/2017 09:29

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Talk Venture Group, Inc. | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 271 west 1st Street | Eureka | MN  63025 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Wells Fargo Bank, National Association | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 4101 Wiseman Blvd, Bldg 308 | San Antonio | TX  78251 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
All ; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and other accounts proceeds)

The collateral is within the scope of Chapter 9 of the New Jersey Uniform Commercial Code, pursuant to 12A:9-102 and 12A:9-109.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box | | | 6b. Check only if applicable and check only one box | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
CA-0-61593129-54263726

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Lien Solutions
800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071
USA

**DOCUMENT NUMBER: 69483740002**
**FILING NUMBER: 18-76446700**
**FILING DATE: 04/20/2018 07:57**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE NUMBER**
17-7617208736

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13

**2.** ☑ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

**3.** ☐ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

**4.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

**5.** ☐ **PARTY INFORMATION CHANGE:**
Check one of these two boxes:
This Change affects ☐ Debtor or ☐ Secured Party of record.

AND Check one of these three boxes to:
☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

**6. CURRENT RECORD INFORMATION:** Complete for Party Information Change - provide only one name (6a or 6b)

| | | | | |
|---|---|---|---|---|
| **6a. ORGANIZATION'S NAME** | | | | |
| OR **6b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**7. CHANGED OR ADDED INFORMATION:** Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | |
|---|---|---|---|
| **7a. ORGANIZATION'S NAME** | | | |
| **7b. INDIVIDUAL'S SURNAME** | | | |
| OR **INDIVIDUAL'S FIRST PERSONAL NAME** | | | |
| **INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | | | SUFFIX |

| **7c. MAILING ADDRESS** | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**8.** ☐ **COLLATERAL CHANGE:** Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☐ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT:** Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | | | |
|---|---|---|---|
| **a. ORGANIZATION'S NAME** Wells Fargo Bank, National Association | | | |
| OR **b. INDIVIDUAL'S SURNAME** | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**10. OPTIONAL FILER REFERENCE DATA:**
CA-0-63775700-55027423- Debtor: Talk Venture Group, Inc.

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>Gisella Melendez<br>800-331-3282 | |
| B. E-MAIL CONTACT AT FILER (optional) | |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address)<br>Lien Solutions<br>2929 ALLEN PARKWAY, Suite#3300<br>HOUSTON, TX 77019<br>USA | DOCUMENT NUMBER: 65550880002<br>FILING NUMBER: 17-7617919614<br>FILING DATE: 11/22/2017 10:18<br><br>IMAGE GENERATED ELECTRONICALLY FOR XML FILING<br>THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY |

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME<br>TALK VENTURE GROUP, INC. | | | | |
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS<br>271 WEST 1ST STREET | CITY<br>EUREKA | STATE<br>MO | POSTAL CODE<br>63025 | COUNTRY<br>USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME<br>WELLS FARGO BANK, N.A. | | | | |
| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS<br>P.O. BOX 659713 | CITY<br>SAN ANTONIO | STATE<br>TX | POSTAL CODE<br>78265-9827 | COUNTRY<br>USA |

4. COLLATERAL: This financing statement covers the following collateral:
All accounts (including health care insurance receivables), deposit accounts, contract rights, chattel paper, (whether electronic or tangible), commercial tort claims, instruments, promissory notes, investment property, general intangibles (including payment intangibles and software), letter of credit rights, letters of credit, and other rights to payment of every kind now existing or at any time hereafter arising.

All inventory, including all goods held for sale or lease or to be furnished under contracts for service, or goods so leased or furnished, raw materials, component parts, work in process and other materials used or consumed in Grantor's business, now or at any time hereafter owned or acquired by Grantor, wherever located, and all products thereof, whether in the possession of Grantor, any warehousemen, any bailee or any other person, or in process of delivery, and whether located at Grantor's places of business or

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box:<br>☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box:<br>☐ Agricultural Lien ☐ Non-UCC Filing |
|---|---|

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
CA-0-61670750-54286994

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS**

**9. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**

TALK VENTURE GROUP, INC.

OR

**9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**   **SUFFIX**

**DOCUMENT NUMBER: 65550880002**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

OR

**10b. INDIVIDUAL'S SURNAME**

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)**   **SUFFIX**

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**11.** ☐ **ADDITIONAL SECURED PARTY'S NAME** or ☐ **ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**12. ADDITIONAL SPACE FOR ITEM 4 (collateral):**
elsewhere.

All equipment, goods, tools, machinery, furnishings, furniture and other equipment and fixtures of every kind now existing or hereafter acquired, and all improvements, replacements, accessions and additions thereto and embedded software included therein, whether located on any property owned or leased by Grantor or elsewhere, including without limitation, any of the foregoing now or at any time hereafter located at or installed on the land or in the improvements at any of the real property owned or leased by Grantor, and all such goods after they have been severed and removed from any of said real property.

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing. |
|---|---|
| 15. Name and address of RECORD OWNER of real estate described in Item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |
| 17. MISCELLANEOUS: | |

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Lien Solutions
800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071
USA

DOCUMENT NUMBER: 69492770002
FILING NUMBER: 18-7644730494
FILING DATE: 04/20/2018 11:17

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Talk Venture Group, Inc. | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 600 W Santa Ana Blvd., Suite 114A | Santa Ana | CA / 92701 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Banc of California, National Association | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 3 MacArthur Place | Santa Ana | CA / 92707 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| **6a.** Check only if applicable and check only one box | **6b.** Check only if applicable and check only one box |
|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
CA-0-63781245-55029513

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS**

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐

| | |
|---|---|
| **9a. ORGANIZATION'S NAME** | Talk Venture Group, Inc. |
| OR **9b. INDIVIDUAL'S SURNAME** | |
| **FIRST PERSONAL NAME** | |
| **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |

**DOCUMENT NUMBER: 69492770002**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only _one_ additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | | |
|---|---|---|---|---|---|
| **10a. ORGANIZATION'S NAME** | | | | | |
| OR **10b. INDIVIDUAL'S SURNAME** | | | | | |
| **INDIVIDUAL'S FIRST PERSONAL NAME** | | | | | |
| **INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | | | | | **SUFFIX** |
| **10c. MAILING ADDRESS** | | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only _one_ name (11a or 11b)

| | | | | |
|---|---|---|---|---|
| OR **11a. ORGANIZATION'S NAME** | | | | |
| **11b. INDIVIDUAL'S SURNAME** | **FIRST PERSONAL NAME** | **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** | |
| **11c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):
supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

| | |
|---|---|
| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing. |
| 15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Lien Solutions
800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071
USA

**DOCUMENT NUMBER:** 69492800002
**FILING NUMBER:** 18-7644730757
**FILING DATE:** 04/20/2018 11:21

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME Talk Venture Group, Inc. | | | |
|---|---|---|---|
| OR | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX |

| 1c. MAILING ADDRESS 600 W Santa Ana Blvd., Suite 114A | CITY Santa Ana | STATE CA | POSTAL CODE 92701 | COUNTRY USA |
|---|---|---|---|---|

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME Banc of California, National Association | | | |
|---|---|---|---|
| OR | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) / SUFFIX |

| 3c. MAILING ADDRESS 3 MacArthur Place | CITY Santa Ana | STATE CA | POSTAL CODE 92707 | COUNTRY USA |
|---|---|---|---|---|

**4. COLLATERAL:** This financing statement covers the following collateral:

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all oil, gas and other minerals before extraction; all oil, gas, other minerals and accounts constituting as-extracted collateral; all fixtures; all timber to be cut; all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, and commingled goods relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
CA-0-63781353-55029559

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐

| 9a. ORGANIZATION'S NAME |
| --- |
| Talk Venture Group, Inc. |

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

OR

**DOCUMENT NUMBER: 69492800002**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only **one** additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME

10b. INDIVIDUAL'S SURNAME

OR

INDIVIDUAL'S FIRST PERSONAL NAME

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only **one** name (11a or 11b)

11a. ORGANIZATION'S NAME

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| --- | --- | --- | --- |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):
supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property.

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing.

15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| A. NAME & PHONE OF CONTACT AT FILER (optional)<br>Lien Solutions<br>800-331-3282 | |
| B. E-MAIL CONTACT AT FILER (optional) | |
| C. SEND ACKNOWLEDGMENT TO: (Name and Address)<br>Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071<br>USA | |

DOCUMENT NUMBER: 69495420002
FILING NUMBER: 18-76447532
FILING DATE: 04/20/2018 12:35

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER<br>18-7644730757 | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:

This Change affects ☐ Debtor or ☐ Secured Party of record.

AND Check one of these three boxes to:

☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c
☐ ADD name: Complete item 7a or 7b, and item 7c
☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 7b. INDIVIDUAL'S SURNAME | | | |
| OR | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☑ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

See Attachment(s)

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | a. ORGANIZATION'S NAME<br>Banc of California, National Association | | | |
|---|---|---|---|---|
| OR | b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
CA-0-63782838-55030380- Debtor: Talk Venture Group, Inc.

FILING OFFICE COPY

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and performance, and general intangibles (including but not limited to all software and all payment intangibles); all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, commingled goods, relating to the foregoing property, and all additions, replacements of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property and EXHIBIT A attached hereto and made part hereof by this reference; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and accounts proceeds).

The following wens are a true copy... original management

Sharon Hussain

## ESTIMATED INVENTORY AT CLOSE ON 4/16/2018 (GIZMO GROUP, LLC)

| PRODUCT | ANNUAL/FAIR INVENTORY* | AVERAGE COST PER UNIT | VALUE SUB TOTAL | BOOK-CA/ANNUAL INVENTORY** | AVERAGE COST PER UNIT | VALUE (SUB)TOTAL | TOTAL INVENTORY*** | AVERAGE COST PER UNIT | TOTAL VALUE |
|---|---|---|---|---|---|---|---|---|---|
| MM05 WHITE 6PK | 1900 | $ 4.01 | $ 7,639.03 | 9220 | $ 4.03 | $ 37,135.37 | 10120 | $ 4.03 | $ 40,774.40 |
| MM05 BLACK 6PK | 966 | $ 4.12 | $ 3,975.80 | 3960 | $ 4.12 | $ 16,310.20 | 4926 | $ 4.12 | $ 20,291.00 |
| MM05 BROWN 6PK | 425 | $ 4.12 | $ 1,751.00 | 3400 | $ 4.12 | $ 14,005.40 | 3825 | $ 4.12 | $ 15,694.40 |
| MM05 WHITE 2PK | 385 | $ 1.96 | $ 755.56 | 2800 | $ 1.96 | $ 5,075.25 | 3185 | $ 1.98 | $ 6,278.81 |
| MM05 BLACK 2PK | 243 | $ 2.06 | $ 503.36 | 1200 | $ 2.06 | $ 2,475.98 | 3443 | $ 2.06 | $ 7,577.51 |
| MM05 BROWN 2PK | 119 | $ 2.06 | $ 226.96 | 2500 | $ 2.06 | $ 4,456.71 | 2779 | $ 2.05 | $ 4,663.69 |
| KEYGARD | 163 | $ 3.74 | $ 3,193.36 | 7000 | $ 3.76 | $ 25,316.66 | 7833 | $ 3.76 | $ 26,636.60 |
| M&B KEYS | 105 | $ 3.43 | $ 305.95 | 3136 | $ 1.43 | $ 4,495.48 | 3241 | $ 1.41 | $ 4,729.43 |
| M&B 4+1 | 137 | $ 4.95 | $ 675.45 | 945 | $ 4.73 | $ 4,528.83 | 1082 | $ 4.93 | $ 5,144.36 |
| PUTTY MINT | 268 | $ 4.81 | $ 1,316.39 | 5804 | $ 4.47 | $ 26,596.29 | 6082 | $ 4.42 | $ 27,902.68 |
| STEP STOOL | 1362 | $ 4.15 | $ 5,538.42 | 6002 | $ 4.16 | $ 36,767.54 | 9946 | $ 4.15 | $ 36,329.96 |
| STEP STOOL 2-PACK | 46 | $ 13.99 | $ 623.52 | 0 | $ 13.99 | $ — | 44 | $ 12.99 | $ 633.52 |
| EURING DOOR LOCKS | 2.05 | $ 0.53 | $ 169.83 | 3940 | $ 0.53 | $ 1,783.20 | 3640 | $ 0.53 | $ 1,953.02 |
| D233 WHITE | 834 | $ 2.41 | $ 1,261.86 | 1912 | $ 2.41 | $ 4,614.92 | 2116 | $ 2.41 | $ 5,147.34 |
| D233 BLACK | 142 | $ 2.28 | $ 393.34 | 1358 | $ 2.28 | $ 3,100.76 | 1493 | $ 2.28 | $ 3,463.33 |
| D233 BROWN | 260 | $ 2.32 | $ 650.14 | 2288 | $ 2.32 | $ 5,312.62 | 2548 | $ 2.31 | $ 5,962.98 |
| FLEX METAL PLATES | 555 | $ 4.25 | $ 1,336.50 | 320 | $ 4.10 | $ 1,352.00 | 675 | $ 4.12 | $ 2,787.50 |
| COMMON GUARDS | 335 | $ 2.31 | $ 562.32 | 4030 | $ 2.31 | $ 9,336.60 | 4311 | $ 2.31 | $ 7,368.43 |
| D33 - Door Prote Guards | 71 | $ 2.80 | $ 201.84 | 3980 | $ 2.80 | $ 8,765.52 | 3552 | $ 2.80 | $ 9,912.36 |
| 9066 White - Foam Edge | 522 | $ 4.03 | $ 350.24 | 2561 | $ 4.02 | $ 10,286.24 | 1672 | $ 4.02 | $ 10,728.48 |
| 9066 Black - Foam Edge | 114 | $ 4.02 | $ 428.28 | 2698 | $ 4.02 | $ 10,850.75 | 2917 | $ 4.02 | $ 11,346.64 |
| 9066 Brown - Foam Edge | 760 | $ 4.02 | $ 612.52 | 2046 | $ 4.02 | $ 30,533.92 | 2806 | $ 4.02 | $ 12,220.53 |
| 9029 SPRING SAFPART LOCKS 8PK WHT | 606 | $ 1.92 | $ 393.65 | 3940 | $ 1.96 | $ 6,294.12 | 4586 | $ 1.92 | $ 8,696.41 |
| BLACK SHACKLES | 91 | $ 2.35 | $ 204.25 | 0 | $ 2.35 | $ — | 81 | $ 2.35 | $ 204.25 |
| SILVER SHACKLES | 69 | $ 2.25 | $ 155.25 | 746 | $ 2.35 | $ 1,695.00 | 809 | $ 2.25 | $ 1,820.36 |
| STR TOW | 2.21 | $ 6.01 | $ 1,828.47 | 400 | $ 6.01 | $ 2,454.00 | 671 | $ 6.01 | $ 4,403.71 |
| STR TOW | 529 | $ 10.83 | $ 733.47 | 538 | $ 14.13 | $ 9,603.54 | 979 | $ 13.87 | $ 10,337.51 |
| HITCH TITAN | 76 | $ 5.55 | $ 321.60 | 850 | $ 5.55 | $ 4,327.30 | 926 | $ 5.55 | $ 5,139.50 |
| 5011 LOCK SHACKLE | 529 | $ 5.32 | $ 2,865.86 | 0 | $ 5.52 | $ — | 523 | $ 5.32 | $ 2,886.36 |
| ... | 66 | $ 3.43 | $ 254.08 | 730 | $ 3.97 | $ 2,857.42 | 784 | $ 3.97 | $ 3,112.45 |
| RATCHETING TIE DOWNS | 51 | $ 6.87 | $ 350.17 | 451 | $ 6.97 | $ 3,143.78 | 525 | $ 6.97 | $ 3,461.95 |
| **TOTALS** | 85041 | | $ 39,166.23 | | | $ 301,179.76 | 88756 | | $ 302,740.51 |

(initials) 4/13/18

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
| --- |
| Lien Solutions |
| 800-331-3282 |

| B. E-MAIL CONTACT AT FILER (optional) |
| --- |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
| --- |
| Lien Solutions |
| P.O. Box 29071 |
| Glendale, CA 91209-9071 |
| USA |

DOCUMENT NUMBER: 69495450002
FILING NUMBER: 18-76447535
FILING DATE: 04/20/2018 12:37

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Filer: Attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
| --- | --- |
| 18-7644730494 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ ASSIGNMENT (full or partial): Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ PARTY INFORMATION CHANGE:
Check one of these two boxes:     AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record.  ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a and 7b and item 7c  ☐ ADD name: Complete item 7a or 7b, and item 7c  ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| | 6a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| OR | | | | |
| | 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | 7a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| | 7b. INDIVIDUAL'S SURNAME | | | |
| OR | INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |

8. ☑ COLLATERAL CHANGE: Also check one of these four boxes: ☐ ADD collateral ☐ DELETE collateral ☑ RESTATE covered collateral ☐ ASSIGN collateral
Indicate collateral:

See Attachment(s)

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)
If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| | a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| | Banc of California, National Association | | | |
| OR | b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 10. OPTIONAL FILER REFERENCE DATA: |
| --- |
| CA-0-63782733-55030383- Debtor: Talk Venture Group, Inc. |

FILING OFFICE COPY

All inventory, equipment, accounts (including but not limited to all health-care-insurance receivables), chattel paper, instruments (including but not limited
to all promissory notes), letter-of-credit rights, letters of credit, documents, deposit accounts, investment property, money, other rights to payment and
performance, and general intangibles (including but not limited to all software and all payment intangibles); all attachments, accessions, accessories, fittings, increases, tools, parts, repairs, supplies, commingled goods, relating to the foregoing property, and all additions, replacements
of and substitutions for all or any part of the foregoing property; all insurance refunds relating to the foregoing property; all good will relating to the
foregoing property; all records and data and embedded software relating to the foregoing property, and all equipment, inventory and software to utilize, create, maintain and process any such records and data on electronic media; and all supporting obligations relating to the foregoing property; all whether now existing or hereafter arising, whether now owned or hereafter acquired or whether now or hereafter subject to any rights in the foregoing property; and all products and proceeds (including but not limited to all insurance payments) of or relating to the foregoing property and EXHIBIT A attached hereto and made part hereof by this reference; whether any of the foregoing is owned now or acquired later; all accessions, additions, replacements, and substitutions relating to any of the foregoing; all records of any kind relating to any of the foregoing; all proceeds relating to any of the foregoing (including insurance, general intangibles and accounts proceeds).

Shaun Hussain

## ESTIMATED INVENTORY AT CLOSE ON 4/16/2018 (GIZMO GROUP, LLC)

| PRODUCT | AMAZON FBA INVENTORY | AVERAGE COST PER UNIT | VALUE (SUBTOTAL) | NON-AMAZON INVENTORY | AVERAGE COST PER UNIT | VALUE (SUBTOTAL) | TOTAL INVENTORY | AVERAGE COST PER UNIT | TOTAL VALUE |
|---|---|---|---|---|---|---|---|---|---|
| MENS WHITE 6PK | 5000 | $ 4.01 | $ 7,939.03 | 5220 | $ 4.01 | $ 21,133.37 | 10129 | $ 4.03 | $ 40,774.40 |
| MENS BLACK 6PK | 969 | $ 4.12 | $ 3,925.80 | 3980 | $ 4.12 | $ 16,355.20 | 4925 | $ 4.12 | $ 20,281.00 |
| MENS BROWN 6PK | 485 | $ 4.12 | $ 1,261.30 | 3420 | $ 4.12 | $ 14,090.40 | 3905 | $ 4.12 | $ 16,041.40 |
| MENS WHITE 3PK | 305 | $ 1.96 | $ 595.56 | 2889 | $ 1.96 | $ 5,035.52 | 3285 | $ 1.98 | $ 6,428.61 |
| MENS BLACK 2PK | 242 | $ 2.06 | $ 509.36 | 3260 | $ 2.06 | $ 3,471.98 | 3413 | $ 2.06 | $ 3,977.63 |
| MENS BROWN 2PK | 150 | $ 2.06 | $ 486.04 | 3565 | $ 2.06 | $ 4,409.10 | 2770 | $ 2.05 | $ 4,863.60 |
| KEYCHAINS | 852 | $ 3.74 | $ 3,193.95 | 7000 | $ 3.74 | $ 22,336.65 | 7853 | $ 3.98 | $ 25,656.60 |
| BASS KEYS | 103 | $ 2.43 | $ 235.95 | 3126 | $ 2.43 | $ 4,449.43 | 3265 | $ 2.43 | $ 4,729.43 |
| DANCE 6+1 | 137 | $ 4.95 | $ 675.45 | 945 | $ 4.72 | $ 4,658.88 | 1082 | $ 4.95 | $ 5,314.32 |
| POTTY SEAT | 889 | $ 4.31 | $ 1,216.39 | 5695 | $ 4.43 | $ 24,396.29 | 6987 | $ 4.42 | $ 27,962.68 |
| STEP STOOL | 1362 | $ 4.15 | $ 5,508.42 | 6094 | $ 4.15 | $ 26,392.54 | 5968 | $ 4.15 | $ 30,137.96 |
| STEP STOOL 2 PACK | 48 | $ 13.99 | $ 624.62 | 0 | $ 12.95 | $ - | 48 | $ 12.95 | $ 683.57 |
| BURNING TOUCH LOCKS | 2245 | $ 0.51 | $ 1,199.83 | 3993 | $ 0.51 | $ 1,783.20 | 2630 | $ 0.51 | $ 1,949.00 |
| D2117 WHITE | 534 | $ 2.41 | $ 1,262.84 | 1612 | $ 2.41 | $ 3,883.92 | 2156 | $ 2.41 | $ 5,147.74 |
| D2117 BLACK | 142 | $ 2.28 | $ 321.35 | 1352 | $ 2.28 | $ 1,061.74 | 1492 | $ 2.28 | $ 3,403.11 |
| D2117 BROWN | 290 | $ 2.32 | $ 650.14 | 2288 | $ 2.32 | $ 5,213.54 | 2566 | $ 2.32 | $ 5,862.68 |
| D2117 FACIAL PLATES | 355 | $ 4.10 | $ 1,326.95 | 520 | $ 4.10 | $ 1,312.00 | 975 | $ 4.10 | $ 3,267.50 |
| COUNTER SCRUBBER | 235 | $ 2.31 | $ 542.61 | 3090 | $ 2.31 | $ 7,125.60 | 3311 | $ 2.31 | $ 7,548.42 |
| 5931 - Color Flash Boards | 71 | $ 2.60 | $ 201.84 | 9980 | $ 2.60 | $ 8,706.53 | 5532 | $ 2.60 | $ 8,923.36 |
| 9966 White - Foam Edge | 511 | $ 4.02 | $ 390.14 | 2563 | $ 4.22 | $ 10,286.24 | 3974 | $ 4.02 | $ 10,178.48 |
| 9966 Black - Foam Edge | 134 | $ 4.02 | $ 428.28 | 2698 | $ 4.00 | $ 10,826.74 | 2832 | $ 4.02 | $ 11,366.04 |
| 9966 Brown - Foam Edge | 165 | $ 1.83 | $ 429.00 | 2644 | $ 6.02 | $ 16,630.92 | 2809 | $ 6.02 | $ 13,220.12 |
| 5629 SPRING FABRIGET LOCKS REF WHT | 406 | $ 3.39 | $ 990.10 | 43140 | $ 6.03 | $ 4,284.31 | 4546 | $ 3.88 | $ 4,304.41 |
| BLACK SHACKLES | 91 | $ 2.39 | $ 204.75 | 0 | $ 2.35 | $ - | 91 | $ 2.35 | $ 204.75 |
| SILVER SHACKLES | 69 | $ 2.75 | $ 155.25 | 740 | $ 2.25 | $ 1,654.06 | 909 | $ 2.25 | $ 1,800.35 |
| 3PK YELLOW | 231 | $ 10.93 | $ 5,008.21 | 5604 | $ 4.61 | $ 7,454.04 | 671 | $ 6.81 | $ 4,632.71 |
| 3PK TAN | 69 | $ 10.93 | $ 738.47 | 500 | $ 10.93 | $ 9,800.54 | 729 | $ 10.93 | $ 4,837.31 |
| NEIGH TITAN | 75 | $ 5.55 | $ 321.67 | 850 | $ 5.55 | $ 4,757.50 | 936 | $ 5.55 | $ 5,139.55 |
| SOFT LOOP SUNRISE | 570 | $ 5.52 | $ 2,885.96 | 0 | $ 5.52 | $ - | 523 | $ 5.52 | $ 2,886.96 |
| 5629 UR JANE | 56 | $ 3.43 | $ 254.80 | 370 | $ 3.43 | $ 2,834.50 | 394 | $ 3.43 | $ 3,112.44 |
| SAT SHOOTING FM GATEWAYS | 51 | $ 6.47 | $ 350.11 | 451 | $ 6.87 | $ 4,098.97 | 522 | $ 6.87 | $ 5,445.64 |
| **TOTALS** | 105943 | | $ 39,545.73 | 74106 | | $ 265,173.73 | 99796 | | $ 301,262.51 |

C.H. 4/13/18

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
StealthVid, Inc

**B. E-MAIL CONTACT AT FILER** (optional)
aknirr@yahoo.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

***PLEASE RETURN TO***

CSC
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833
Acct. #10011306

**18-7645720878**
**04/25/2018 13:22**

**FILED**
CALIFORNIA
SECRETARY OF STATE

**SOS**

69632260003   UCC 1 FILING

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

---

**1. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Talk Venture Group, Inc | | | |

| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 W Santa Ana Blvd Unit 114A | Santa Ana | CA | 92701 | USA |

**2. DEBTOR'S NAME:** Provide only <u>one</u> Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only <u>one</u> Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| StealthVid, Inc | | | |

| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 15017 Texas St | Austin | TX | 78734 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

All assets of the Debtor. The sale or other disposition of any of the collateral by the Debtor or any other person shall be deemed to violate the rights of the Secured Party.

**\*\*Refer to attached Promissary Note for Sum $206,250.00 Plus Accrued Interest of 5% revised 12/02/2016\*\***

---

**5.** Check <u>only</u> if applicable and check <u>only</u> one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check <u>only</u> if applicable and check <u>only</u> one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION** (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
Seller Finance Note from Asset Sale of Business - $206,250.00

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

696322260003

## PROMISSORY NOTE

$206,250.00

August 31, 2016

FOR VALUE RECEIVED, TALK VENTURE GROUP, INC. ("Maker"), promises to pay to
AARON KNIRR ("Payee"), in lawful money of the United States of America, the principal
sum of Two Hundred Six Thousand Two Hundred Fifty Dollars ($206,250.00), with five
percent (5%) annual interest accruing thereon (this "Note"). This Note constitutes a five
percent annual interest loan by Payee to Maker.

*Payment of this Note is subordinated to the payment of all obligations of the
Maker hereof to Wells Fargo Bank, National Association pursuant to the terms of
a Subordination Agreement dated as of  08-31-16                     as amended or
modified from time to time by the parties thereto, and any replacements or
substitutions therefor (the "Subordination Agreement").   Such subordination
includes but is not limited to full stand-by subordination for five years from the
date of closing on the sale of assets from StealthVid, Inc. to Talk Venture Group,
Inc.*

1.                                 **PAYMENTS**

(a)      Principal payments under this Note shall be made in the amounts and on the
         dates set forth below:

         $206,250.00 plus all accrued and unpaid interest upon the expiration of the
         Subordination Agreement (at least five years but in no event more than five years
         from the date of closing).  Terms of payment may be agreed upon in writing by
         Maker and Payee prior to the expiration of the Subordination Agreement and

(b)      All payments under this Note will be made by check to Payee, at such place in
         the United States of America as Payee may designate to Maker in writing or by
         wire transfer of immediately available funds to an account that Payee may
         designate to Maker in writing. If any payment under this Note becomes due on a
         day that is not a business day, such payment will be due on the immediately
         following business day.

(c)      Maker may, without premium or penalty, at any time and from time to time,
         prepay all or any portion of the outstanding amounts due under this Note. Any
         partial prepayments will be applied first to interest, if any, and next to principal
         amounts in inverse order of their maturity.

2.                                 **DEFAULTS**

(a)      The occurrence of the following event with respect to Maker will constitute an
         event of default under this Note ("Event of Default"): If Maker fails to pay when
         due any payment under this Note or any of the obligations of the Maker to Wells
         Fargo Bank, National Association, and such failure continues for 5 days after
         Payee notifies Maker of such failure to pay in accordance with the terms of this
         Note.

(b)      Upon the occurrence of an Event of Default (unless all Events of Default have
         been cured by Maker or waived by Payee), at Payee's option, without demand or

presentment, the entire unpaid amount under this Note shall become immediately due and payable regardless of any prior forbearance, and Payee may exercise any and all rights and remedies available to it under applicable law, including the right to collect from Maker all amounts due under this Note.

(g) Maker hereby waives presentment, demand, diligence, protest and notice of every kind and nature (except for notice under this Section 2.(a)), and agrees that Maker shall remain liable for all amounts due hereunder notwithstanding any extension of time or change in the terms of payment of this Note granted by Payee, any change, alteration or release of any property now or hereafter securing the payment hereof or any delay or failure by Payee to exercise any rights under this Note. None of the provisions hereof and none of the Payee's rights or remedies hereunder on account of any past or future defaults shall be deemed to have been waived by Payee's acceptance of any past due installments or by any indulgence granted by Payee to Maker.

3.                               MISCELLANEOUS

(a) Assignments and Successors. This Note may not be assigned or transferred by either party without the prior written consent of the other. Any other purported assignment or transfer without such prior written consent will be void. Subject to the foregoing, this Note will inure to the benefit of the heirs, executors, administrators, legal representatives, successors, and permitted assigns of Maker and Payee.

(b) Governing Law; Dispute Resolution. This Note will be governed by, construed, interpreted, and enforced in accordance with the laws of the State of California without regard to conflicts of laws principles that would require the application of any other law. Any dispute arising out of or relating to this Note will be resolved before the Orange County Superior Court in Orange County, California.

(c) Notices. All notices and other communications required or permitted by this Note shall be in writing to the last known address of the party to whom notice is given.

(d) Severability. If any provision of this Note is held invalid or unenforceable by any court of competent jurisdiction, the other provisions of this Note will remain in full force and effect. Any provision of this Note held invalid or unenforceable only in part or degree will remain in full force and effect to the extent not held invalid or unenforceable.

(e) Waiver or Amendment. No waiver or modification of any of the terms of this Note shall be valid or binding unless set forth in a writing specifically referring to this Note and signed by Payee or, subject to Section 3(e), any holder hereof, and then only to the extent specifically set forth therein.

IN WITNESS WHEREOF, the Maker has executed and issued this Note as of the date first set forth above, and represents and warrants that the person signing for Maker has the authority to sign this Note on behalf of Maker.

MAKER: TALK VENTURE GROUP, INC.                August 31, 2016.

2

By: _____
   Paul Kim, President

| **PAYEE: AARON KNIRR**                    **August 31, 2016**

By: _____
   Aaron Knirr

### CONFIRMATION BY PAYEE THAT MAKER HAS PAID ALL PRINCIPAL AND INTEREST DUE AND OWING UNDER THE TERMS OF THE PROMISSORY NOTE

**PAYEE: AARON KNIRR**        Date: _____, __

By: _____
   Aaron Knirr

***Revised 12/02/16***

The parties agree that the payee, "Aaron Knirr", shall be substituted and replaced with "StealthVid, Inc" and that payments of $3892.19 will begin on the 1st day of September 2018, until the balance and all accrued unpaid interest has been paid in full.

Maker: Talk Venture Group, Inc

By: _____
   Paul Kim, President

Payee: StealthVid, Inc

By: _____
   Aaron Knirr, President

3

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Lien Solutions
800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071
USA

DOCUMENT NUMBER: 76191060002
FILING NUMBER: 19-7693169930
FILING DATE: 01/22/2019 11:51

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| TALK VENTURE GROUP, INC. | | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 W SANTA ANA BLVD STE 114A | SANTA ANA | CA | 92701 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4315 South 2700 West | Salt Lake City | UT | 84184 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All assets of the Debtor, whether now owned or hereafter acquired or arising

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
CA-0-68233064-56461464

FILING OFFICE COPY

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Corporation Service Company
800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
Springfield, IL 62703-4261
USA

DOCUMENT NUMBER: 77951390002
FILING NUMBER: 19-7706286066
FILING DATE: 04/09/2019 10:49

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| TALK VENTURE GROUP, INC. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 600 W Santa Ana Blvd 114A | Santa Ana | CA | 92701 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| FC Marketplace, LLC | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 747 Front St., Floor 4 | San Francisco | CA | 94111 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
All machinery, equipment, furniture, furnishings, tools, tooling, fixtures, and accessories, and all inventory, accounts receivable, instruments, contract rights and other rights to receive the payment of money, patents, chattel paper, licenses, leases and general intangibles, including all trade names and trade styles and all additions, accessions, modifications, improvements, replacements and substitutions thereto and therefor, whether now owned or hereafter acquired or arising, and the proceeds, products and income of any of the foregoing, including insurance proceeds.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

| **6a.** Check only if applicable and check only one box: | **6b.** Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
[162245298]

FILING OFFICE COPY

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>Corporation Service Company<br>800-858-5294 | |

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
Springfield, IL 62703-4261
USA

DOCUMENT NUMBER: 802880300002
FILING NUMBER: 19-7724219911
FILING DATE: 07/22/2019 11:45

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| TALK VENTURES GROUP, INC. / STEALTHVID, INC. DBA TALK VENTURE GROUP / STEALTHVID | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 W SANTA ANA BLVD STE 114A | SANTA ANA | CA | 92701 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| TALK VENTURE GROUP, INC | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 W SANTA ANA BLVD STE 114A | SANTA ANA | CA | 92701 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. Box 2576; UCCSPREP@cscglobal.com | Springfield | IL | 62708 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
ALL DEBTOR'S PRESENT AND FUTURE ACCOUNTS AND THE DIRECT AND INDIRECT PROCEEDS THEREOF. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR
AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN. THE FURTHER ENCUMBERING OF WHICH MAY
CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PART'S RIGHT BY SUCH ENCUMBRANCES IN THE EVENT THAT ANY ENTITY IS GRANTED A
SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE, THE SECURED PARTY ASSERTS A CLAIM
TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
[167310736]

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**
TALK VENTURES GROUP, INC. / STEALTHVID, INC. DBA TALK VENTURE GROUP / STEALTHVID

OR

**9b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

**DOCUMENT NUMBER: 80288030002**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**
TALK VENTURE GROUP INC

**10b. INDIVIDUAL'S SURNAME**

OR

**INDIVIDUAL'S FIRST PERSONAL NAME**

**INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX**

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 W SANTA ANA BLVD STE 114A | SANTA ANA | CA | 92701 | USA |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing.

15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

FILING OFFICE COPY

## UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| **18a. ORGANIZATION'S NAME** | TALK VENTURES GROUP, INC. / STEALTHVID, INC. DBA TALK VENTURE GROUP / STEALTHVID |
| OR **18b. INDIVIDUAL'S SURNAME** | |
| **FIRST PERSONAL NAME** | |
| **ADDITIONAL NAME(S)/INITIAL(S)** | **SUFFIX** |

**DOCUMENT NUMBER: 80288030002**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | TALK-VENTURE GROUP | | | |
|---|---|---|---|---|
| OR 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 19c. MAILING ADDRESS 600 W SANTA ANA BLVD STE 114A | CITY SANTA ANA | STATE CA | POSTAL CODE 92701 | COUNTRY USA |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | STEALTHVID, INC | | | |
|---|---|---|---|---|
| OR 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 20c. MAILING ADDRESS 600 W SANTA ANA BLVD STE 114A | CITY SANTA ANA | STATE CA | POSTAL CODE 92701 | COUNTRY USA |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | GIZMO GROUP, INC. | | | |
|---|---|---|---|---|
| OR 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 21c. MAILING ADDRESS 600 W SANTA ANA BLVD STE 114A | CITY SANTA ANA | STATE CA | POSTAL CODE 92701 | COUNTRY USA |

**22. ADDITIONAL SECURED PARTY'S NAME or ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**23. ADDITIONAL SECURED PARTY'S NAME or ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX | |
| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**24. MISCELLANEOUS:**

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐

**18a. ORGANIZATION'S NAME**
TALK VENTURES GROUP, INC. / STEALTHVID, INC. DBA TALK VENTURE GROUP / STEALTHVID

OR

**18b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**          **SUFFIX**

**DOCUMENT NUMBER:** 60288030002

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| TECHNOBLE VENTURES LLC | | | | |

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 W SANTA ANA BLVD STE 114A | SANTA ANA | CA | 92701 | USA |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WILDSHERPA, INC. | | | | |

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 W SANTA ANA BLVD STE 114A | SANTA ANA | CA | 92701 | USA |

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| KIM | PAUL | SE WON | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 W SANTA ANA BLVD STE 114A | SANTA ANA | CA | 92701 | USA |

**22. ADDITIONAL SECURED PARTY'S NAME or ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**23. ADDITIONAL SECURED PARTY'S NAME or ASSIGNOR SECURED PARTY'S NAME:** Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**24. MISCELLANEOUS:**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Corporation Service Company
800-858-5294

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
Springfield, IL 62703-4261
USA

DOCUMENT NUMBER: 80368170002
FILING NUMBER: 19-7724808945
FILING DATE: 07/24/2019 13:38

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| TALK VENTURE GROUP, INC. | | | |
| **OR** 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 600 W Santa Ana Blvd | Santa Ana | CA | 92701 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| **OR** 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | | |
| **OR** 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. Box 2576 UCCSPREP@CSCINFO.COM | Springfield | IL | 62708 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

Receivables (as defined in the Purchase of Receivables Agreement between Debtor and Secured Party - the "Purchase Agreement")) sold to
Secured Party from time to time pursuant to Purchase Agreement(s). Such transaction is a sale, not an assignment, of a security interest. Said Receivables are not absolutely deliverable so long as there does not exist a Structural Default (as defined in the Purchase Agreement). Secured Party also has a current security interest in all of Debtor's accounts (other than the purchased Receivables), and, upon the occurrence of a Structural Default, a continuing priority security interest in all assets of Debtor, whether now owned or hereafter acquired and wherever located, including, but not limited to: (1) all chattel paper, commercial tort claims, documents, equipment, farm products, fixtures, general intangibles, instruments, inventory, investment property and letter-of-credit rights (as those terms are defined in Article 9 of the Uniform Commercial Code in effect from time-to-time in the State of Ohio); (2) all liquor licenses and/or permits; (3) all trademarks, trade names, service marks, logos and other sources of business

**5.** Check only if applicable and check only one box. Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box | 6b. Check only if applicable and check only one box |
|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☑ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
[167463384]

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | |
| **TALK VENTURE GROUP, INC.** | |
| 9b. INDIVIDUAL'S SURNAME | |
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**DOCUMENT NUMBER: 80368170002**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| 10a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 10b. INDIVIDUAL'S SURNAME | | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):

identifiers, and all registrations, recordings and applications with U.S. Patent and Trademark Office and all renewals, reissues and extensions thereof (collectively, "Trademarks"), together with any written agreement granting any right to use any Trademarks; and (4)all proceeds and products (as those terms are defined in Article 9 of the Uniform Commercial Code in effect from time-to-time in the State of Ohio) of the foregoing and any additions and accessions thereto or substitutions thereof.

Notice - Pursuant to the Purchase Agreement between Debtor and Secured party, Debtor has agreed not to grant a security interest in the Receivables to any other party. Accordingly, the acceptance of any security interest granting any right to use any Trademarks; and Party may constitute tortious interference with the Secured Party's rights under the Purchase Agreement. In the event that any other party is granted a security interest in the Receivables in violation of the Purchase Agreement, the Secured Party asserts a claim to any proceeds thereof received by such party.

| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut  ☐ covers as-extracted collateral  ☐ is filed as a fixture filing. |
|---|---|
| 15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |
| 17. MISCELLANEOUS: | |

FILING OFFICE COPY

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Lien Solutions
800-331-3282

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071
USA

**DOCUMENT NUMBER:** 80412540002
**FILING NUMBER:** 19-7725128931
**FILING DATE:** 07/26/2019 06:54

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| TALK VENTURE GROUP, INC. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 600 W Santa Ana Blvd # 114 | Santa Ana | CA | 92701 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| STEALTHVID, INC | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2875 MICHELLE DRIVE SUITE 160 | IRVINE | CA | 92606 | USA |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| C T CORPORATION SYSTEM, AS REPRESENTATIVE | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 330 N Brand Blvd, Suite 700; Attn: SPRS | Glendale | CA | 91203 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

Receivables - All assets now owned or hereafter acquired and wherever located, including but not limited to, the following subcategories of assets: a. Accounts, including but not limited to, credit card receivables; b. Chattel Paper; c.Inventory; d. Equipment; e. Instruments, including but not limited to, Promissory Notes; f. Investment Property; g. Documents; h. Deposit Accounts; i. Letter of Credit Rights; j. General Intangibles; k. Supporting Obligations; and i. Proceeds and Products of the foregoing. NOTICE PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED NOT TO FURTHER ENCUMBER THE COLLATERAL DESCRIBED HEREIN.
THE FURTHER ENCUMBERING OF WHICH MAY CONSTITUTE THE TORTIOUS INTERFERENCE WITH THE SECURED PARTY'S RIGHT BY SUCH ENCUMBRANCES IN THE
EVENT THAT ANY ENTITY IS GRANTED A SECURITY INTEREST IN DEBTOR'S ACCOUNTS, CHATTEL PAPER OR GENERAL INTANGIBLES CONTRARY TO THE ABOVE,
THE SECURED PARTY ASSERTS A CLAIM TO ANY PROCEEDS THEREOF RECEIVED BY SUCH ENTITY.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
CA-0-70971953-57486959

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS

| | |
|---|---|
| 9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because individual Debtor name did not fit, check here ☐ | |

| | |
|---|---|
| | 9a. ORGANIZATION'S NAME |
| | TALK VENTURE GROUP, INC. |
| OR | 9b. INDIVIDUAL'S SURNAME |
| | FIRST PERSONAL NAME |
| | ADDITIONAL NAME(S)/INITIAL(S)      SUFFIX |

**DOCUMENT NUMBER: 80412540002**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | |
|---|---|
| | 10a. ORGANIZATION'S NAME |
| | WILDSHERPA, INC. |
| OR | 10b. INDIVIDUAL'S SURNAME |
| | INDIVIDUAL'S FIRST PERSONAL NAME |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)     SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2875 MICHELLE DRIVE SUITE 160 | IRVINE | CA | 92606 | USA |

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE    COUNTRY |

12. ADDITIONAL SPACE FOR ITEM 4 (collateral):

| | |
|---|---|
| 13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT: ☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing. |
| 15. Name and address of RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest): | 16. Description of real estate: |

17. MISCELLANEOUS:

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

| |
|---|
| 18. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐ |

| 18a. ORGANIZATION'S NAME |
|---|
| TALK VENTURE GROUP, INC. |

OR

| 18b. INDIVIDUAL'S SURNAME |
|---|
| |
| FIRST PERSONAL NAME |
| |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**DOCUMENT NUMBER: 60412540002**

IMAGE GENERATED ELECTRONICALLY FOR XML FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

---

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GIZMO GROUP, INC. | | | |

OR

| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2875 MICHELLE DRIVE SUITE 160 | IRVINE | CA | 92606 | USA |

---

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Technoble Ventures, LLC, | | | |

OR

| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2875 MICHELLE DRIVE SUITE 160 | IRVINE | CA | 92606 | USA |

---

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

---

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

---

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

---

**24. MISCELLANEOUS:**

---

FILING OFFICE COPY

| In re: | | CHAPTER: **11** |
|---|---|---|
| **Talk Venture Group, Inc.** | Debtor(s). | CASE NUMBER: **8:19-bk-14893-TA** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled (*specify*): __DEBTOR'S EMERGENCY MOTION FOR AN ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. SECTION 363; DECLARATION OF PAUL SE WON KIM IN SUPPORT THEREOF__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __12/24/2019__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Michael Jay Berger michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Nancy S Goldenberg nancy.goldenberg@usdoj.gov

United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On [DATE] I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __12/24/2019__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Honorable Theodor C. Albert**
**United States Bankruptcy Court**
**Central District of California**
**Ronald Reagan Federal Building and Courthouse**
**411 West Fourth Street, Suite 5085 / Courtroom 5B**
**Santa Ana, CA 92701-4593**
**via overnight mail**

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/24/2019 | **Erol Guler** | /s/ Erol Guler |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Label Matrix for local noticing
0973-8
Case 8:19-bk-14893-TA
Central District of California
Santa Ana
Tue Dec 24 13:55:24 PST 2019

ABF Servicing
Attn: Theodore Jon Cohen, Esq.
525 Washington Blvd. Ste 2200
Jersey City, NJ 07310-2603

Agron, Inc.
2440 S. Sepulveda Blvd, Ste 201
Los Angeles, CA 90064-1748

Amazon Capital Services, Inc.
2338 W. Royal Palm Drive, Ste  J
Phoenix, AZ 85021-9339

Anixter
135 Crossway Park Dr.
Woodbury, NY 11797-2008

Banc of California, N.A.
c/o Buchalter
Jacqueline N. Vu, Esq.
500 Capitol Mall, Suite 1900
Sacramento, CA 95814-4762

Capital One Spark Business Card
PO Box 30285
Salt Lake City, UT 84130-0285

Davis Wright Tremaine LLP
c/o Amazon.com, Inc.
920 Fifth Avenue, Ste 3300
Seattle, WA 98104-1610

Endicia
323 N. Mathilda Avenue
Sunnyvale, CA 94085-4207

FedEx
PO Box 371461
Pittsburgh, PA 15250-7461

Talk Venture Group, Inc.
600 W. Santa Ana Blvd., Ste 114A
Santa Ana, CA 92701-4514

ADEMCO, INC., DBA ADI
263 Old Country Rd.
Melville, NY 11747-2712

Altra, a division of
VF Outdoor LLC
PO Box 1817
Appleton, WI 54912-1817

American Express Gold Credit Card
PO Box 001
Los Angeles, CA 90096-0001

Anixter Inc.
2301 Patriot Blvd.
Glenview, IL 60026-8020

Braintree
123 Townsend Street
San Francisco, CA 94107-1944

Celtic/Kabbage, Inc.
925B Peachtree Street NE, Ste 1688
Atlanta, GA 30309-3918

Derick Morris
5N761 Castle Drive
Saint Charles, IL 60175-8296

FJALL RAVEN USA
1900 Taylor Avenue
Louisville, CO 80027-3016

Feedvisor Inc.
45 Howard Street
New York, NY 10013-5231

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

Aaron Knirr
47 Rockwood Forest Hill
Eureka, MO 63025-2302

Amazon Advertising
410 Terry Avenue North
Seattle, WA 98109-5210

American Express Merchant Financing
PO Box 981535
El Paso, TX 79998-1535

Banc of California SBA Lending
3 MacArthur Place
Santa Ana, CA 92707-6067

Buff Santa Rosa CA
133 Aviation Blvd., Suite 105
Santa Rosa, CA 95403-8279

Chris Nowak
17100 Camino Ayala
Yorba Linda, CA 92886-6207

El Mar Logistics
833 E. Walnut Street
Carson, CA 90746-1214

Fabe Child Safety Co., Ltd.
No. 51, Longtanshan 2nd Road
Daqi, Beilun Dist
Ningbo, China 315806

Funding Circle
aka FC Marketplace, LLC
747 Front Street, 4th Floor
San Francisco, CA 94111-1922

Genfoot America
33 Catamount Drive
Milton, VT 05468-3236

Gizmo Group, Inc.
600 W. Santa Ana Blvd., Suite 114A
Santa Ana, CA 92701-4558

Ingram Micro
3351 Michelson Drive
Irvine, CA 92612-0697

Inov-8, Inc.
12 Southville Rd.
Southborough, MA 01772-4026

JBI Bike
4620 Clubview Drive
Fort Wayne, IN 46804-4411

Jenne
33665 Chester Road
Avon, OH 44011-1307

KHS Inc
1825 Laser Lane
Louisville, KY 40299-1913

Kalamata Capital Group
c/o Berkovitch & Bouskila, PLLC
Attn: Ariel Bouskila, Esq.
80 Broad Street, Suite 3303
New York, NY 10004-2220

La Sportiva N.A., Inc.
3850 Frontier Avenue, Suite 100
Boulder, CO 80301-2796

Mavic USA
9720 Wilshire Blvd, #600
Beverly Hills, CA 90212-2025

Ohio Dept of Job and Family Service
PO Box 182404
Columbus, OH 43218-2404

Paul Se Won Kim
600 Santa Ana Blvd., Ste 114A
Irvine, CA 92618

Pearl Beta Funding, LLC
c/o Jay Klein, Esq.
112 W. 34th Street, 18th Flr.
PMB 27816
New York, NY 10120-0001

Pearl Beta Funding, LLC
c/of Theodore Jon Cohen, Esq.
112 West 34th Street, 18th Fl.
Black Creek, NC 27813

ScanSource, Inc.
24263 Network Place
Chicago, IL 60673-1242

Seller Active Software
11481 SW Hall Blvd., Suite 102
Portland, OR 97223-8403

Stealth Vid, Inc.
600 W. Santa Ana Blvd., Ste 114A
Santa Ana, CA 92701-4558

StealthVid, Inc.
600 W. Santa Ana Blvd., Ste 114A
Santa Ana, CA 92701-4558

Sterling Rope Company, Inc.
26 Morin Street
Biddeford, ME 04005-4413

Synch/ppmc
Po Box 965005
Orlando, FL 32896-5005

Taizhou Doit&Baby Kids Products Co.
Building 81, No. 108 Jichang Road
Xiachen, Jiaojiang, Taizhou
Zhejiang, China 318010

Taylor Drive Partnership
1573 Ft. Campbell Blvd.
Clarksville, TN 37042-3535

Taylor Drive Partnership
529 N. Second Street
Clarksville, TN 37040-1915

Technoble Ventures, LLC
600 W. Santa Ana Blvd., Ste 114A
Santa Ana, CA 92701-4558

Teikametrics Advertising
280 Summer Street
Boston, MA 02210-1131

The Business Backer
10856 Reed Hartman Hwy, #100
Cincinnati, OH 45242-0209

(p)UNDER ARMOUR INC
1020 HULL STREET
BALTIMORE MD 21230-5358

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Wells Fargo Bank, N.A.
SBA Lending
301 S. Tryon Street, 27th Fl.
Charlotte, NC 28282-1915

Wells Fargo Buiness Card
POB 54349
Los Angeles, CA 90054-0349

Wells Fargo Small Business Advantag
PO Box 29482
Phoenix, AZ 85038-9482

Wildsherpa, Inc.
600 W. Santa Ana Blvd., Ste 114A
Santa Ana, CA 92701-4558

Michael Jay Berger
9454 Wilshire Blvd 6th Fl
Beverly Hills, CA 90212-2937

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Under Armour, Inc.
1020 Hull Street
Baltimore, MD 21230

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Technoble Ventures, LLC
600 W. Santa Ana Blvd., Suite 114A
Santa Ana, CA 92701-4558

(d)Wells Fargo Bank, N.A.
SBA Lending
301 S. Tryon Street, 27th Floor
Charlotte, NC 28282-1915

End of Label Matrix
Mailable recipients      62
Bypassed recipients       2
Total                    64